# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | |
| **MARTHA ELLEN MINTON** | **Case No. 26-31242-KLP** |
| **Debtor** | **Chapter 13** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-named Debtor has filed a Motion for a Second Extension of Time to file Statements, Schedules, Lists, and Chapter 13 Plan on April 16, 2026.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney if you have one. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date on the Motion, the Court may deem any opposition waived, treat the Motion as conceded, and issue an Order granting the relief requested.**

If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **seven (7) days** before the scheduled hearing date on the Motion, you or your attorney must file with the Court, at the addresses below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1(H). You must mail or otherwise file it early enough so the Court will receive it on or before the date stated above.

| | |
|---|---|
| Clerk of Court | Suad Bektic |
| United States Bankruptcy Court | New Day Legal |
| 701 East Broad Street | 8500 Mayland Drive, First Floor |
| Richmond, VA 23219 | Henrico, VA 23294 |

**NOTICE IS HEREBY GIVEN that the hearing to consider and act upon the Motion will be held at:**

**Judge Phillips' Courtroom, 5th Floor, Courtroom 5100, 701 East Broad Street, Richmond, VA 23219**. The hearing will be held on **May 13, 2026 at 9:30 a.m.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Date:  April 16, 2026                                    Respectfully submitted,

                                                         **MARTHA ELLEN MINTON**
                                                         By Counsel

NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB # 90012
8500 Mayland Drive, First Floor
Richmond, VA 23294
Tel. (804) 997-7395
Fax: (888) 612-0943
sbektic@newdaylegal.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

        I hereby certify that on April 16, 2026, a true copy of the foregoing Notice of Hearing was mailed, via first class postage paid, or served via the CM/ECF system, to all parties who are listed on the Court's mailing matrix and below.

                                                         /s/ Suad Bektic
                                                         Suad Bektic

IRS
P.O. Box 7346
Philadelphia, PA 19255-0000

Commonwealth of Virginia
P.O. Box 2156
Richmond, VA 23218-0610

AT&T
P.O. Box 536216
Atlanta, GA 30353-0000

Capital One
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130-0000


Citibank
Attn: Bankruptcy Dept.
P.O. Box 790046
St. Louis, MO 63179-0000


Goldman Sachs Bank USA
Attn: Bankruptcy Dept.
P.O. Box 70379
Philadelphia, PA 19176-0000


Jefferson Capital Systems, LLC
Attn: Bankruptcy Dept.
200 14th Ave. E.
Sartekk, MN 56377-0000


Klarna, Inc.
800 N. High St., Ste 400
Columbus, OH 43215-0000


LOGS Legal Group LLP
8520 Cliff Cameron Dr.
Suite 330
Charlotte, NC 28269-0000


New American Funding
Attn: Bankruptcy Dept.
P.O. Box 650076
Dallas, TX 75265-0000


Paypal, Inc
2211 North First St.
San Jose, CA 95131-0000

Sunrise Banks
Attn: Bankruptcy Dept.
2525 Wabash Avenue
St. Paul, MN 55114-0000


Trueaccord
Attn: Bankruptcy Dept.
16011 College Blvd., Ste 130
Lenexa, KS 66219-0000


USAA Federal Savings Bank
Attn: Bankruptcy Dept.
9800 Fredericksburg Rd.
San Antonio, TX 78288-0000


Virginia Dept. of Taxation
P.O. Box 2156
Richmond, VA 23218-0000

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

**MARTHA ELLEN MINTON**

**Debtor**

**Case No. 26-31242-KLP**
**Chapter 13**

**DEBTOR'S SECOND MOTION TO EXTEND TIME TO FILE**

**SCHEDULES, STATEMENTS, LISTS, AND CHAPTER 13 PLAN**

The Debtor, Martha Ellen Minton, by counsel, hereby moves this Honorable Court for an additional extension of time in which to file his remaining lists, schedules, statements, and chapter 13 plan.  For his grounds, he states as follows:

1.      The Debtor commenced this Chapter 13 case with the filing of a voluntary petition on March 24, 2026.

2.      The Debtor commenced this case with the primary intention of dealing with mounting debt and mortgage arrears.

3.      The Debtor has previously been granted until April 16, 2026 to file the Schedules, Statements, Lists, and Chapter 13 Plan.

4.      Counsel requires additional information from the Debtor to finalize the remaining lists, schedules, statements, and Chapter 13 Plan.  The Debtor has been hospitalized and not able to work with counsel to finalize the remaining documents.

5.      The Debtor is requesting an additional extension of fourteen (14) days to file her remaining lists, schedules, statements, and chapter 13 plan, until April 30, 2026.

6.      Parties objecting to this motion shall file written objections within seven days of service of this motion.

WHEREFORE, the Debtor respectfully requests that she be granted the relief sought herein and that she be granted such further relief as this Court deems just.

Date: April 16, 2026                                         Respectfully submitted,

**MARTHA ELLEN MINTON**
By Counsel


NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB # 90012
8500 Mayland Drive, 1st Floor
Richmond, VA 23294
Tel. (804) 997-7395
Fax: (888) 612-0943
sbektic@newdaylegal.com
*Counsel for Debtor*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2026, a true copy of the foregoing Second Motion to Extend Time to File Remaining Lists, Schedules, Statements, and Chapter 13 Plan was sent via first-class mail, postage prepaid, or by electronic notification to the United States Trustee, the Chapter 13 Trustee, to the Debtor, and to all creditors or their counsel of record who have filed a request for notices.

/s/ Suad Bektic
Suad Bektic